# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX DARNELL CALVERT ,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>Defendant | Case No. 3:17-cv-00456- MMA- MDD<br><br>MDL Case No. 3:11-md- 02286- MMA- MDD<br><br>**AGREED STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, FELIX DARNELL CALVERT, and the Defendant, MIDLAND CREDIT MANAGEMENT, through their respective counsel that the above-captioned action is dismissed, with prejudice, against MIDLAND CREDIT MANAGEMENT, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Case No. 3:17-cv-00456-MMA-MDD

Dated: February 5, 2018          Respectfully Submitted,

s/ Nathan C. Volheim              s/ Todd P. Stetler (*with consent*)
Nathan C. Volheim                 Todd Stetler
*Counsel for Felix D. Calvert*    *Counsel for Midland Credit Management*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200   Hinshaw & Culbertson
Lombard, Illinois 60148              222 N. LaSalle Street, Suite 300
Phone: (630) 575-8181                Chicago, IL 60601
Fax :(630) 575-8188                  Phone: (312) 704-3000
nvolheim@sulaimanlaw.com             tstelter@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I, Nathan C. Volheim, certify on February 5, 2018, a copy of the above and forgoing was filed electronically with the Clerk of the Court using the CM/ECF systems. Notice of this filing has been forwarded to all parties via, US Mail, postage prepaid:

Todd Stetler
David Schultz
Hinshaw & Culbertson
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
tstelter@hinshawlaw.com
dschultz@hinshawlaw.com

Case No. 3:17-cv-00456-MMA-MDD