# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX DARNELL CALVERT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 17cv456-MMA (MDD)<br><br>**ORDER RE: AGREED STIPULATION OF DISMISSAL**<br><br>[Doc. No. 25] |

On February 5, 2018, Plaintiff Felix Darnell Calvert and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal of the above-entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Doc. No. 25 at 1. Accordingly, this case is **DISMISSED WITH PREJUDICE** in its entirety.  Each party must bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  February 5, 2018

Hon. Michael M. Anello
United States District Judge